# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 C 1672

Jagdish Muzumdar v. The Progressive Corporation, Progressive Casualty Insurance Company and Progressive Specialty Insurance Company

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Progressive Specialty Insurance Company

| NAME (Type or print) |
| --- |
| Bill Porter |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Bill Porter |
| FIRM |
| Chilton Yambert & Porter LLP |
| STREET ADDRESS |
| 2000 South Batavia Avenue, 2nd Floor |
| CITY/STATE/ZIP |
| Geneva, Illinois 60134 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6183435 | (630) 262-4000 |

| | | |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAGDISH D. MUZUMDAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) No. 08 C 1672 |
| | ) |
| THE PROGRESSIVE CORPORATION, | ) |
| PROGRESSIVE CASUALTY INSURANCE | ) |
| COMPANY and PROGRESSIVE SPECIALTY | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2008, I electronically filed the **ATTORNEY APPEARANCE FORM** with the Clerk of the Court using the CM/ECF system, which will send notice to the following individuals:

I hereby certify that on March 21, 2008, that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Edward R. Peterka
Amoni Law Offices, P.C.
One North Constitution Drive
Aurora, IL 60506

s/D. William Porter
Attorney Bar No. 6183435
Chilton Yambert & Porter LLP
2000 South Batavia Avenue, 2nd Floor
Geneva, IL  60134
Telephone: (630) 262-4000
Facsimile: (630) 262-1144
Email: bporter@cypylaw.com
