**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                        Case Number:


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:


| NAME (Type or print) |
| --- |
|  |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ |

| FIRM |
| --- |
|  |

| STREET ADDRESS |
| --- |
|  |

| CITY/STATE/ZIP |
| --- |
|  |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
|  |  |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| --- | --- | --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| --- | --- | --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| --- | --- | --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |
| --- | --- | --- |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL            APPOINTED COUNSEL |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAGDISH D. MUZUMDAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Court No.: 08 C 1672 |
| v. | ) | |
| | ) | |
| THE PROGRESSIVE CORPORATION, | ) | Honorable Joan B. Gottschall |
| PROGRESSIVE CASUALTY INSURANCE | ) | |
| COMPANY and PROGRESSIVE SPECIALTY | ) | Magistrate Geraldine Soat Brown |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFCATE OF SERVICE**

I hereby certify that on April 8, 2008, I electronically filed the **APPEARANCE OF THEODORE C. HADLEY** with the Clerk of the Court using the CM/ECF system which will send notices to the following registered users:

Edward R. Peterka
Amoni Law Offices P.C.
One North Constitution Drive
Aurora, Illinois 60506
amonilaw@aol.com

                                                **s/Theodore C. Hadley**
                                                Attorney Bar No. 6188423
                                                Chilton Yambert & Porter LLP
                                                150 South Wacker Drive, Suite 2400
                                                Chicago, Illinois 60606
                                                Telephone: (312) 460-8000
                                                Facsimile: (312) 460-8299
                                                Email: thadley@cyp-law.com