**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL          APPOINTED COUNSEL |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAGDISH D. MUZUMDAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Court No.: 08 C 1672 |
| v. | ) | |
| | ) | |
| THE PROGRESSIVE CORPORATION, | ) | Honorable Joan B. Gottschall |
| PROGRESSIVE CASUALTY INSURANCE | ) | |
| COMPANY and PROGRESSIVE SPECIALTY | ) | Magistrate Geraldine Soat Brown |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFCATE OF SERVICE**

　　　　I hereby certify that on April 8, 2008, I electronically filed the **AMENDED APPEARANCE OF D. WILLIAM PORTER** with the Clerk of the Court using the CM/ECF system which will send notices to the following registered users:

Edward R. Peterka
Amoni Law Offices P.C.
One North Constitution Drive
Aurora, Illinois 60506
amonilaw@aol.com

　　　　　　　　　　　　　　　　　　　　s/D. William Porter
　　　　　　　　　　　　　　　　　　　　Attorney Bar No. 6183435
　　　　　　　　　　　　　　　　　　　　Chilton Yambert & Porter LLP
　　　　　　　　　　　　　　　　　　　　2000 South Batavia Avenue, 2nd Floor
　　　　　　　　　　　　　　　　　　　　Geneva, Illinois 60134
　　　　　　　　　　　　　　　　　　　　Telephone: (630) 262-4000
　　　　　　　　　　　　　　　　　　　　Facsimile: (630) 262-1144
　　　　　　　　　　　　　　　　　　　　Email: bporter@cyp-law.com