U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:08-cv-1672 |
|---|---|
| JAGDISH D. MUZUMDAR<br>v.<br>THE PROGRESSIVE CORPORATION, et al | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jagdish D. Muzumdar

| NAME (Type or print) |
|---|
| Edward R. Peterka |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Edward R. Peterka/ |
| FIRM |
| AMONI LAW OFFICES, P.C. |
| STREET ADDRESS |
| One N. Constitution Drive |
| CITY/STATE/ZIP |
| Aurora, IL 60506 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6220416 | 630/264-2020 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                      Case Number: 1:08-cv-1672
JAGDISH D. MUZUMDAR
            v.
THE PROGRESSIVE CORPORATION, et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jagdish D. Muzumdar

| | |
|---|---|
| NAME (Type or print) <br> Larry M. Amoni | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Larry M. Amoni/ | |
| FIRM <br> AMONI LAW OFFICES, P.C. | |
| STREET ADDRESS <br> One N. Constitution Drive | |
| CITY/STATE/ZIP <br> Aurora, IL 60506 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 43419 | TELEPHONE NUMBER <br> 630/264-2020 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 1:08-cv-1672
JAGDISH D. MUZUMDAR
           v.
THE PROGRESSIVE CORPORATION, et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jagdish D. Muzumdar

| NAME (Type or print) |
| --- |
| Molly J. Miller |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Molly J. Miller/ |

| FIRM |
| --- |
| AMONI LAW OFFICES, P.C. |

| STREET ADDRESS |
| --- |
| One N. Constitution Drive |

| CITY/STATE/ZIP |
| --- |
| Aurora, IL 60506 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6285031 | 630/264-2020 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐