**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAGDISH D. MUZUMDAR, ) | |
|  ) | |
|     Plaintiff, ) | |
|  ) | |
| vs. ) | Case No. 1:08-cv-1672 |
|  ) | |
| THE PROGRESSIVE CORPORATION, ) | |
| PROGRESSIVE CASUALTY ) | Judge Joan B. Gotschall |
| INSURANCE COMPANY and ) | |
| PROGRESSIVE SPECIALTY ) | |
| INSURANCE COMPANY, ) | |
|  ) | |
|     Defendants. ) | |

**NOTICE OF PRESENTMENT OF MOTION**

**TO:** **David William Porter**, Chilton Yambert Porter & Young, 2000 S. Batavia Ave., Second Floor, Geneva, IL 60134 Telephone: (630) 262-4000 Facsimile: (630) 262-1144

**Theodore C. Hadley**, Chilton Yambert Porter & Young, 150 S. Wacker Drive, Suite 2400, Chicago, IL 60606 Telephone: (312) 460-8000 Facsimile: (312) 460-8299

YOU ARE HEREBY NOTIFIED that on **April 24, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the Plaintiff, by and through his attorneys, shall appear before the Honorable Judge Joan Gottschall or any judge sitting in her stead in Room 2325 of the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois 219 South Dearborn Street., Chicago, Illinois, and shall then and there present the **Plaintiff's Motion for Remand** a copy of which is attached hereto, at which time you may appear if you so desire.

AMONI LAW OFFICES, P.C.,


BY:_____
          Edward R. Peterka


AMONI LAW OFFICES, P.C.
One North Constitution Drive
Aurora, Illinois 60506
Telephone:    (630) 264-2020
Facsimile:    (630) 801-9833
Illinois ARDC Atty. No. 6220416

## **CERTIFICATE OF SERVICE**

       The undersigned, upon oath, certifies that on **April 14, 2008**, I served this Notice and referenced documents by electronic filing and e-mail and by U.S. mail, proper postage prepaid, by mailing a copy to the above named person(s) at the above-mentioned address(es), and depositing same in the U.S. mail, proper postage prepaid, at 1 North Constitution Drive, Aurora, IL, before 5:00 p.m.

_____

Subscribed and sworn to before me on **April 14, 2008,**

_____
       Notary Public

AMONI LAW OFFICES, P.C.
One North Constitution Drive
Aurora, Illinois 60506
Telephone:   (630) 264-2020
Facsimile:    (630) 801-9833
Illinois ARDC Atty. No. 6220416