U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:08-cv-1672 |
|---|---|
| JAGDISH D. MUZUMDAR<br>v.<br>THE PROGRESSIVE CORPORATION, et al | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jagdish D. Muzumdar

| | |
|---|---|
| **NAME (Type or print)**<br>Larry M. Amoni | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Larry M. Amoni/ | |
| **FIRM**<br>AMONI LAW OFFICES, P.C. | |
| **STREET ADDRESS**<br>One N. Constitution Drive | |
| **CITY/STATE/ZIP**<br>Aurora, IL 60506 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>43419 | **TELEPHONE NUMBER**<br>630/264-2020 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |