U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 1:08-cv-1672
JAGDISH D. MUZUMDAR
             v.
THE PROGRESSIVE CORPORATION, et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jagdish D. Muzumdar

| | |
|---|---|
| NAME (Type or print) <br> Molly J. Miller | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Molly J. Miller/ | |
| FIRM <br> AMONI LAW OFFICES, P.C. | |
| STREET ADDRESS <br> One N. Constitution Drive | |
| CITY/STATE/ZIP <br> Aurora, IL 60506 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6285031 | TELEPHONE NUMBER <br> 630/264-2020 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ✓    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ✓ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |