# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                           Case Number: 1:08-cv-1672

JAGDISH D. MUZUMDAR
      v.
THE PROGRESSIVE CORPORATION, et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jagdish D. Muzumdar

| | |
|---|---|
| NAME (Type or print) | |
| Edward R. Peterka | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Edward R. Peterka/ | |
| FIRM | |
| AMONI LAW OFFICES, P.C. | |
| STREET ADDRESS | |
| One N. Constitution Drive | |
| CITY/STATE/ZIP | |
| Aurora, IL 60506 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6220416 | 630/264-2020 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |