IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JAGDISH D. MUZUMDAR, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1672 |
| | ) | Honorable Joan Gottschall |
| v. | ) | Honorable Soat Brown |
| | ) | |
| THE PROGRESSIVE CORPORATION, PROGRESSIVE CASUALTY INSURANCE COMPANY and PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) ) | Matter removed from the Illinois 16th Judicial Circuit, Kane County |
| Defendants. | ) | 08 MR K 145 |

**MOTION FOR LEAVE TO FILE AN
AMENDED NOTICE OF REMOVAL**

NOW COMES the Defendant and removing party, PROGRESSIVE SPECIALTY INSURANCE COMPANY (hereinafter referred to as "PROGRESSIVE SPECIALTY"), by its attorneys, CHILTON YAMBERT & PORTER LLP, and moves this Honorable Court for leave to file its Amended Notice of Removal, *Instanter*. In support of the Motion, Defendant and removing party states as follows:

1. On March 21, 2008, Defendant and removing party filed its Notice of Removal.

2. The original Notice of Removal contained an error concerning the status of the other defendants. The error is corrected in the proposed Amended Notice of Removal.

3. The Amended Notice of Removal provides additional facts to support this Honorable Court's jurisdiction pursuant to 28 U.S.C. §1332.

4. A copy of the proposed Amended Notice of Removal is attached hereto as "Exhibit A" and is ready to filed, *instanter*.

WHEREFORE, Defendant and removing party, PROGRESSIVE SPECIALTY INSURANCE COMPANY prays that it be granted leave to file its Amended Notice of Removal, *instanter*.

                PROGRESSIVE SPECIALTY INSURANCE
                COMPANY, Defendant,


                By:    s/ Theodore C. Hadley_____
                      Attorney for Defendants


CHILTON YAMBERT & PORTER LLP
150 South Wacker, Suite 2400
Chicago, Illinois 60606
Phone: (312) 460-8000
Facsimile: (312) 460-8299
Attorney No: 6188423