IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JAGDISH D. MUZUMDAR, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1672 |
| | ) | Honorable Joan Gottschall |
| v. | ) | Honorable Soat Brown |
| | ) | |
| THE PROGRESSIVE CORPORATION, | ) | |
| PROGRESSIVE CASUALTY INSURANCE | ) | |
| COMPANY and PROGRESSIVE SPECIALTY | ) | |
| INSURANCE COMPANY, | ) | Matter removed from the Illinois |
| | ) | 16th Judicial Circuit, Kane County |
| Defendants. | ) | 08 MR K 145 |

**NOTICE OF MOTION**

On **Thursday, May 1, 2008** at **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan B. Gottschall, in Room, of the Dirksen Federal Building, 219 So. Dearborn St., Chicago, Illinois and then and there present Defendant's **MOTION FOR LEAVE TO FILE AN AMENDED NOTICE OF REMOVAL,** a copy of which is attached hereto.

    s/ Theodore C. Hadley
CHILTON YAMBERT & PORTER LLP
150 South Wacker, Suite 2400
Chicago, Illinois 60606
Phone: (312) 460-8000
Facsimile: (312) 460-8299
Attorney No: 6188423

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JAGDISH D. MUZUMDAR, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1672 |
| | ) | Honorable Joan Gottschall |
| v. | ) | Honorable Soat Brown |
| | ) | |
| THE PROGRESSIVE CORPORATION, | ) | |
| PROGRESSIVE CASUALTY INSURANCE | ) | |
| COMPANY and PROGRESSIVE SPECIALTY | ) | |
| INSURANCE COMPANY, | ) | Matter removed from the Illinois |
| | ) | 16th Judicial Circuit, Kane County |
| Defendants. | ) | 08 MR K 145 |

### CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2008, I electronically filed the **MOTION FOR LEAVE TO FILE AN AMENDED NOTICE OF REMOVAL and NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system, which will send notice to the following individuals:

Larry M. Amoni
Edward R. Peterka
Amoni Law Offices, P.C.
One North Constitution Drive
Aurora, IL 60506
amonilaw@aol.com

                                                s/ Theodore C. Hadley
                                                CHILTON YAMBERT & PORTER LLP
                                                150 South Wacker, Suite 2400
                                                Chicago, Illinois 60606
                                                Phone: (312) 460-8000
                                                Facsimile: (312) 460-8299
                                                Attorney No: 6188423