**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jagdish D. Muzumdar

                                      Plaintiff,

v.                                                                        Case No.: 1:08−cv−01672
                                                                      Honorable Joan B. Gottschall

Progresive Corporation, The, et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 24, 2008:

      MINUTE entry before Judge Honorable Joan B. Gottschall: Motion hearing held on 4/24/2008 regarding motion to remand[9], motion for leave to file[18], motion to remand[16]. Briefing schedule as to MOTION by Defendant Progressive Specialty Insurance Company for leave to file an Amended Notice of Removal [18] is as follows :( Responses due by 5/8/2008, Replies due by 5/22/2008.) The court will set briefing schedule as to Plaintiff's motion for remand [9],[16] with it's ruling on Defendant's motion by mail. No appearance required on 5/1/2008 or 5/21/2008. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.