**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JAGDISH D. MUZUMDAR, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1672 |
| | ) | Honorable Joan Gottschall |
| v. | ) | Honorable Soat Brown |
| | ) | |
| THE PROGRESSIVE CORPORATION, | ) | |
| PROGRESSIVE CASUALTY INSURANCE | ) | |
| COMPANY and PROGRESSIVE SPECIALTY | ) | |
| INSURANCE COMPANY, | ) | Matter removed from the Illinois |
| | ) | 16th Judicial Circuit, Kane County |
| Defendants. | ) | 08 MR K 145 |

**NOTICE OF CONSENT TO REMOVAL**

NOW COME Defendants, THE PROGRESSIVE CORPORATION and PROGRESSIVE CASUALTY INSURANCE COMPANY, by their attorneys, CHILTON YAMBERT & PORTER LLP, and hereby inform this Honorable Court of their CONSENT to the removal of this action by Co-Defendant, PROGRESSIVE SPECIALTY INSURANCE COMPANY. In further support of the Consent, THE PROGRESSIVE CORPORATION and PROGRESSIVE CASUALTY INSURANCE COMPANY state as follows:

1. On March 21, 2008, Co-Defendant and removing party PROGRESSIVE SPECIALTY INSURANCE COMPANY filed its Notice of Removal with this Honorable Court.

2. By filing the Notice of Removal, removing party sought to have this cause of action removed from Illinois Sixteenth Judicial Circuit, Kane County to this Honorable Court.

3. Removing party's motion to file an Amended Notice of Removal is currently pending before this Court.

4. It is the position of THE PROGRESSIVE CORPORATION and PROGRESSIVE CASUALTY INSURANCE COMPANY that they are nominal parties to the suit because neither wrote a policy of insurance covering the Plaintiff.

5. As nominal parties, THE PROGRESSIVE CORPORATION and PROGRESSIVE CASUALTY INSURANCE COMPANY need not consent to the removal of this cause of action.

6. Despite the lack of a need to consent, THE PROGRESSIVE CORPORATION and PROGRESSIVE CASUALTY INSURANCE COMPANY do consent to the removing party's actions to remove this matter from the Illinois Sixteenth Judicial Circuit, Kane County.

WHEREFORE, the Defendants, THE PROGRESSIVE CORPORATION and PROGRESSIVE CASUALTY INSURANCE COMPANY hereby inform this Honorable Court that they CONSENT to the removal of this cause of action from the Sixteenth Judicial Circuit, Kane County, Illinois.

> THE PROGRESSIVE CORPORATION and
> PROGRESSIVE CASUALTY INSURANCE
> COMPANY, Defendants,
>
>
> s/ Theodore C. Hadley
> CHILTON YAMBERT & PORTER LLP
> 150 South Wacker, Suite 2400
> Chicago, Illinois 60606
> Phone: (312) 460-8000
> Facsimile: (312) 460-8299
> Attorney No: 6188423

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JAGDISH D. MUZUMDAR, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1672 |
| | ) | Honorable Joan Gottschall |
| v. | ) | Honorable Soat Brown |
| | ) | |
| THE PROGRESSIVE CORPORATION, | ) | |
| PROGRESSIVE CASUALTY INSURANCE | ) | |
| COMPANY and PROGRESSIVE SPECIALTY | ) | |
| INSURANCE COMPANY, | ) | Matter removed from the Illinois |
| | ) | 16th Judicial Circuit, Kane County |
| Defendants. | ) | 08 MR K 145 |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 1, 2008, I electronically filed the **NOTICE OF CONSENT TO REMOVAL** with the Clerk of the Court using the CM/ECF system, which will send notice to the following individuals:

Larry M. Amoni
Edward R. Peterka
Amoni Law Offices, P.C.
One North Constitution Drive
Aurora, IL 60506
amonilaw@aol.com


    s/ Theodore C. Hadley
    CHILTON YAMBERT & PORTER LLP
    150 South Wacker, Suite 2400
    Chicago, Illinois 60606
    Phone: (312) 460-8000
    Facsimile: (312) 460-8299
    Attorney No: 6188423