**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JAGDISH D. MUZUMDAR, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1672 |
| | ) | Honorable Joan Gottschall |
| v. | ) | Honorable Soat Brown |
| | ) | |
| THE PROGRESSIVE CORPORATION, | ) | |
| PROGRESSIVE CASUALTY INSURANCE | ) | |
| COMPANY and PROGRESSIVE SPECIALTY | ) | |
| INSURANCE COMPANY, | ) | Matter removed from the Illinois |
| | ) | 16th Judicial Circuit, Kane County |
| Defendants. | ) | 08 MR K 145 |

**DEFENDANTS' DISCLOSURE STATEMENT**

The Defendants, THE PROGRESSIVE CORPORATION, PROGRESSIVE CASUALTY INSURANCE COMPANY and PROGRESSIVE SPECIALTY INSURANCE COMPANY, by and through their attorneys, CHILTON YAMBERT & PORTER LLP, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Rules of the United States District Court for the Northern District of Illinois, state as follows:

1. PROGRESSIVE SPECIALTY INSURANCE COMPANY is wholly owned by PROGRESSIVE CASUALTY INSURANCE COMPANY.

2. PROGRESSIVE CASUALTY INSURANCE COMPANY is the sole shareholder of PROGRESSIVE SPECIALTY INSURANCE COMPANY and is wholly owned by Drive Insurance Holdings, which is not a party.

3. Drive Insurance Holdings is the sole shareholder of PROGRESSIVE CASUALTY INSURANCE COMPANY and is wholly owned by THE PROGRESSIVE CORPORATION.

4.	THE PROGRESSIVE CORPORATION is a publically held corporation, is not a subsidiary of any other publicly held corporation, and no publicly held corporation owns more than ten percent of the shares of stock of THE PROGRESSIVE CORPORATION.

>	s/ Theodore C. Hadley
>	Chilton Yambert & Porter LLP
>	150 South Wacker Drive, Suite 2400
>	Chicago, Illinois 60606
>	Telephone: (312) 460-8000
>	Facsimile: (312) 460-8299
>	Email: thadley@cyp-law.com
>	Attorney No. 6188423

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JAGDISH D. MUZUMDAR, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1672 |
| | ) | Honorable Joan Gottschall |
| v. | ) | Honorable Soat Brown |
| | ) | |
| THE PROGRESSIVE CORPORATION, | ) | |
| PROGRESSIVE CASUALTY INSURANCE | ) | |
| COMPANY and PROGRESSIVE SPECIALTY | ) | |
| INSURANCE COMPANY, | ) | Matter removed from the Illinois |
| | ) | 16th Judicial Circuit, Kane County |
| Defendants. | ) | 08 MR K 145 |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 20, 2008, I electronically filed the **CLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system, which will send notice to the following individuals:

Larry M. Amoni
Edward R. Peterka
Amoni Law Offices, P.C.
One North Constitution Drive
Aurora, IL 60506
amonilaw@aol.com

 

                                                                   s/ Theodore C. Hadley
                                                                   CHILTON YAMBERT & PORTER LLP
                                                                   150 South Wacker, Suite 2400
                                                                   Chicago, Illinois 60606
                                                                   Phone: (312) 460-8000
                                                                   Facsimile: (312) 460-8299
                                                                   Attorney No: 6188423