IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAGDISH D. MUZUMDAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:08-cv-1672 |
| ) | |
| THE PROGRESSIVE CORPORATION, ) | |
| PROGRESSIVE CASUALTY ) | Judge Joan B. Gotschall |
| INSURANCE COMPANY and ) | |
| PROGRESSIVE SPECIALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF ADDRESS AND FAX NUMBER

TO:  **David William Porter**, Chilton Yambert Porter & Young, 2000 S. Batavia Ave., Second Floor, Geneva, IL 60134 Telephone: (630) 262-4000 Facsimile: (630) 262-1144
**Theodore C. Hadley**, Chilton Yambert Porter & Young, 150 S. Wacker Drive, Suite 2400, Chicago, IL 60606 Telephone: (312) 460-8000 Facsimile: (312) 460-8299

PLEASE BE NOTIFIED that as of May 5, 2008, Amoni Law Offices, P.C.'s contact information is:

Amoni Law Offices, P.C.
1975 W. Downer Place, Suite 301
Aurora, IL 60506
Tel: 630/264-2020
Fax: 630/264-2220

AMONI LAW OFFICES, P.C.

BY: *Molly J Miller*
Molly J. Miller

## CERTIFICATE OF SERVICE

The undersigned, hereby certifies that on May 28, 2008, a copy of this Notice and attachments were sent to each person to whom it is directed, as listed above by email, on this date with the proper postage prepaid.

AMONI LAW OFFICES, P.C.

BY: *Molly J Miller*

Subscribed and sworn to before me on May 28, 2008.

BY: *Bessie Schwartz*
Notary Public

OFFICIAL SEAL
BESSIE L SCHWARTZ
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/18/09

AMONI LAW OFFICES, P.C.
1975 W. Downer Place, Suite 301
Aurora, IL 60506
Ph: 630-264-2020
Fax: 630-264-2220
IL ARDC: 6285031