# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1672 | **DATE** | 6/10/2008 |
| **CASE TITLE** | Muzumdar vs. The Progressive Corporation et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached order, defendant's motion for leave to file an amended notice of removal [18] is denied. Plaintiff's motion to remand to the Illinois 16th Judicial Circuit, Kane County [9] is granted. Plaintiff's duplicate motion to remand [16] is denied as moot. The Clerk is ordered to mail the certified copy of the remand order forthwith. Defendant Progressive Specialty Insurance Company shall conform its pleading with Rule 5.2(a), as stated in the order, within five days.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | RJ/DAM |
|---|---|---|