# United States District Court
## Northern District of Illinois
### Eastern Division

Jagdish D. Muzumdar                           **JUDGMENT IN A CIVIL CASE**

        v.                                            Case Number: 08 C 1672

The Progressive Corporation, et al

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's motion to remand to the Illinois 16th Judicial Circuit, Kane County is granted. The Clerk is ordered to mail the certified copy of the remand order forthwith.

                              Michael W. Dobbins, Clerk of Court

Date: 6/10/2008

                              /s/ Rhonda Johnson, Deputy Clerk