# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1672 | **DATE** | 6/17/2008 |
| **CASE TITLE** | Muzumdar vs. The Progressive Corporation et al. | | |

**DOCKET ENTRY TEXT**

The court directs the Clerk to delete Exhibit A to the defendants' amended notice of removal [18-2] from the docket as it fails to comply with Federal Rule of Civil Procedure 5.2(a).  The defendants have already re-filed a redacted version of the document [28].

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ/DAM |
|---|---|---|