

08 cv 1672

FILED

JUN 18 2008 TG

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT